IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL A. GULLY                                                                                          PLAINTIFF

v.                                              Case No. 2:12-CV-02077

AETNA LIFE INSURANCE COMPANY                                                              DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Aetna Life Insurance Company's decision to deny Plaintiff Michael A. Gully long-term disability benefits is REVERSED and REMANDED to the plan administrator for further consideration.

Should Plaintiff wish to submit a motion for attorney's fees and costs, such motion must be filed no later than February 14, 2014.

IT IS SO ORDERED AND ADJUDGED this 31st day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE